An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF ELIZABETH
DIANA INDIG, ADULT WARD.

No. 68174

ELIZABETH DIANA INDIG,
                                        Appellant,
                vs.
APRIL L. PARKS,
                                        Respondent.

**FILED**

JUL 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a decision and order making certain findings and remanding the proceedings to the hearing master for further recommendations. Eighth Judicial District Court, Family Court Division, Clark County; Charles J. Hoskin, Judge. Appellant is proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel.

Our preliminary review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties. See NRAP 3A(b)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The district court's order expressly directs appellant to serve notice of the accounting on the State of Nevada Department of Health and Human Services pursuant to NRS 159.034(1)(h) and remands the matter to the hearing master with

SUPREME COURT
OF
NEVADA

(O) 1947A

15-20914

directions to review the evidence before him and render a decision. Accordingly, we conclude that we lack jurisdiction over the appeal and we ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Charles J. Hoskin, District Judge, Family Court Division
Elizabeth Diana Indig
Lee A. Drizin, Chtd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A